Joseph Kistler
NV Bar No. 3458
Todd W. Prall
NV Bar No. 9154
HUTCHISON & STEFEN, LLC
Peccole Professional Park
10080 Alta Drive, Suite 200
Las Vegas, Nevada 89145
Telephone: (702) 385-2500
Facsimile: (702) 385-2086
 *jkistler@hutchlegal.com*
 *tprall@hutchlegal.com*

Dirk O. Julander
CA Bar No. 132313 *(Pro Hac Vice)*
JULANDER, BROWN & BOLLARD
9110 Irvine Center Drive
Irvine, California 92618
Telephone:  (949) 477-2100
Facsimile:  (949) 477-6355
 *doj@jbblaw.com*

*Attorneys for Plaintiff BRENT GEPHART*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA, LAS VEGAS DIVISION**

| | |
|---|---|
| BRENT GEPHART, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DOUG MERRYMAN, an individual, and nominal Defendant OPMNY, LLC, a Nevada limited liability company,<br><br>Defendants. | Case No. 2:18-cv-01670-GMN-CWH<br><br>**[PROPOSED] ORDER CONCERNING PLAINTIFF'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER OR PRELIMINARY INJUNCTION** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the Court, after full consideration of the moving papers of Plaintiff's Emergency Motion For Temporary Restraining Order or Preliminary Injunction (Dkt. #12) (the "Motion") filed by Plaintiff BRENT GEPHART ("Plaintiff"), the and the Opposition to Plaintiff's emergency Motion for temporary Restraining Order or Preliminary Injunction (Dkt. #14), and hearing argument of counsel at a hearing held in Courtroom 7D at 2 p.m. on October 19, 2018, and good cause appearing therefor, the Court rules as follows:

1. The Court will hold an immediate hearing on Nov. 2, 2018 at 9:30 a.m. ~~p.m.~~ in Courtroom 7D located at the Las Vegas Courthouse, 333 Las Vegas Blvd South, Las Vegas, NV 89101 to determine whether a Preliminary Injunction should be issued pending the trial of this matter as requested in Plaintiff's Motion;

2. Until further order of the Court, a temporary restraining order is hereby issued restraining and enjoining Defendant DOUG E. MERRYMAN, in any capacity he has with respect to OPMNY, LLC ("OPMNY"), from taking any of the following actions, or causing any of the following actions to be taken either directly or indirectly through agents:

   a. Transferring, licensing, encumbering, exchanging, expending, pledging, loaning, or otherwise disposing of, directly or indirectly, any of OPMNY's ownership interests in and any rights to any intellectual property including, without limitation, any source code developed for the purpose of a payment gateway;

   b. Altering or deleting, including allowing the automatic alteration or deletion of, destroying, or in any way disposing of or removing any OPMNY related documents, books, or records, including electronic mail and other electronic data;

   c. Entering into any transaction, the consummation of which would require the approval of or a vote by OPMNY's members;

        d.      Removing, withdrawing, transferring, encumbering, or depleting any of the OPMNY revenues, income, funds, assets or rights that were obtained through the business of Ploutos Holdings, LLC ("Ploutos"), other than in the ordinary course of Ploutos's s day-to-day operations;

        e.      Terminating, or altering the compensation of the following OPMNY employees who are engaged in Ploutos's business: (1) Matt Hynes, (2) Mary Caton, (3) James Ho, and (4) Cameron Fist.

        f.      Transferring OPMNY's funds in violation of card brand rules and/or anti-money laundering laws and regulations;

        g.      Terminating, soliciting, or disrupting service to customers, suppliers, and re-sellers under contract through Ploutos for gateway services;

        h.      Creating duplicate "OPMNY" companies;

        i.      Entering into any legally binding commitment with respect to, or agreeing to do, any of the foregoing.

3.      Until further order of the Court, a further temporary restraining order is hereby issued restraining and enjoining Defendant DOUG E. MERRYMAN, his agents, servants and employees, and all persons acting under, in concert with, or for him from, directly or indirectly impairing, blocking, or restricting Plaintiff BRENT GEPHART's access to the physical office, assets, administrative accounts, conference lines, databases and software, development resources, sales and marketing resources, or financial information under the contorl of Merryman or OPMNY, but used for the busines of Ploutos, or cause such access to be impaired, blocked, or restricted, including, without limitation:

        a.      Any company Google accounts, websites, and domains in the name of OPMNY and sued by Ploutos;

        b.      Any company bank accounts in the name of OPMNY used by Ploutos;

      c.    Any company credit cards in the name of OPMNY used Ploutos; and/or

      d.    Any company phone systems and conference lines owned by OPMNY and used by Ploutos.

4.    Until further order of the Court, a further temporary restraining order is hereby issued restraining and enjoining Defendant DOUG E. MERRYMAN, his agents, servants, and employees, and all persons acting under, in concert with, or for him from, directly or indirectly sending any emails purporting to be from Plaintiff BRENT GEPHART.

**IT IS SO ORDERED.**

DATED: October 19, 2018        Judge of the District Court