Joseph Kistler
NV Bar No. 3458
Todd W. Prall
NV Bar No. 9154
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 Alta Drive, Suite 200
Las Vegas, Nevada 89145
Telephone: (702) 385-2500
Facsimile: (702) 385-2086
E-mail: *jkistler@hutchlegal.com*
E-mail: *tprall@hutchlegal.com*

Dirk O. Julander
CA Bar No. 132313 *(Pro Hac Vice)*
JULANDER, BROWN & BOLLARD
9110 Irvine Center Drive
Irvine, California 92618
Telephone: (949) 477-2100
Facsimile: (949) 477-6355
E-mail: doj@jbblaw.com

*Attorneys for Plaintiff BRENT GEPHART*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA, LAS VEGAS DIVISION**

| | |
|---|---|
| BRENT GEPHART, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DOUG MERRYMAN, an individual, and as the managing member of OPMNY, LLC<br><br>Defendant. | Case No. 2:18-cv-01670-GMN-CWH<br><br>**STIPULATION AND ORDER RE: HEARING DATE FOR EMERGENCY MOTION TO INTERVENE**<br><br>Action Filed:    September 1, 2018 |

The parties, by their undersigned counsel, hereby respectfully submit the following Stipulation and Order re: the Hearing Date for the Emergency Motion to Intervene or, In the Alternative, Remand. (Dkt. #43.)

## **STIPULATION**

WHEREAS, on November 26, 2018, Proposed Plaintiff-in-Intervention OPMNY, LLC filed an Emergency Motion to Intervene or, In the Alternative, Remand (Dkt. #43; hereinafter the "Motion");

1  WHEREAS, on January 3, 2019, the Court set a hearing on the Motion for
2  Wednesday, January 9, 2019, at 1:30 p.m. (Dkt. #58);
3  WHEREAS, counsel for Plaintiff Brent Gephart is unavailable on January
4  9, 2019 to attend the hearing; and
5  WHEREAS, counsel have conferred and determined that all counsel are
6  available for the hearing on the Motion on January 10, 2019, at 1:30 p.m.
7  THEREFORE, the parties agree and stipulate that the hearing on the
8  Motion be continued to January 10, 2019, at 1:30 p.m., in LV Courtroom 7D
9  before Chief Judge Gloria M. Navarro.

**IT IS SO STIPULATED.**

DATED: January 4, 2019        HUTCHISON & STEFEN, LLC


By: ___*/s/ Dirk O. Julander*___
Joseph Kistler (3458)
  *jkistler@hutchlegal.com*
Todd W. Prall (9154)
  *tprall@hutchlegal.com*
Peccole Professional Park
10080 Alta Drive, Suite 200
Las Vegas, Nevada 89145

JULANDER, BROWN & BOLLARD
Dirk O. Julander, Bar No. 132313
  *doj@jbblaw.com*
*(Pro Hac Vice)*
Catherine A. Close, Bar No. 198549
  *cac@jbblaw.com*
*(Pro Hac Vice)*
9110 Irvine Center Drive
Irvine, California 92618

*Attorneys for Plaintiff Brent Gephart*

DATED: January 4, 2019        GARMAN TURNER GORDON LLP

By: _____/s/ Dylan T. Ciciliano_____
   Erica Pike Turner (6454)
   *eturner@gtg.legal*
   Dylan T. Ciciliano (12348)
   *dciciliano@gtg.legal*
   650 White Drive, Suite 100
   Las Vegas, Nevada 89119

*Attorneys for Defendant Doug Merryman and Proposed Plaintiff-in-Intervention OPMNY, LLC*

### **ORDER**

Pursuant to the stipulation of counsel, and good cause appearing, it is hereby ORDERED that the hearing on the Emergency Motion to Intervene or, in the Alternative, Remand (Dkt. #43) filed by Proposed Plaintiff-in-Intervention OPMNY, LLC will take place on January 10, 2019, at 1:30 p.m., in LV Courtroom 7D.

**IT IS SO ORDERED.**

**DATED** this __8__ day of January, 2019.

_____      _____
                                                            GLORIA M. NAVARRO
                                                            Chief Judge
                                                            United States District Court

# CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of January 2019, a true and correct copy of **STIPULATION RE: HEARING DATE ON EMERGENCY MOTION TO INTERVENE** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By */s/ Crystal Fowler*
Crystal Fowler, an Employee of
JULANDER, BROWN & BOLLARD